**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL R. P.,

Plaintiff,

v. No. 1:26-cv-02778-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER FOR EXTENSION**

**THIS MATTER** coming before the Court upon Plaintiff's Consent Motion for Extension of Time (the "Motion"), (Doc. 11), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **January 22, 2027**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **February 22, 2027**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

**IT IS SO ORDERED** this 20th day of November, 2026.



KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE